```
KEFENTSE GWANDOYA WHEELER      DSNB BLOOMINGDALES             TRUIST FINANCIAL
FELICIA INEZ WHEELER           ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
124 MORRELL CIR                PO BOX 8053                    214 N TRYON ST
HATTIESBURG, MS 39402          MASON, OH 45040                CHARLOTTE, NC 28202


THOMAS C. ROLLINS, JR.         FM/OLYMPIC STUDENT LOA         US ATTORNEY GENERAL
THE ROLLINS LAW FIRM, PLLC     121 SOUTH 13TH STREET          US DEPT OF JUSTICE
P.O. BOX 13767                 LINCOLN, NE 68508              950 PENNSYLVANIA AVENW
JACKSON, MS 39236                                             WASHINGTON, DC 20530-00


ADT                            FNB OMAHA
PO BOX 371490                  ATTN: BANKRUPTCY
PITTSBURGH, PA 15250           P.O. BOX 3128
                               OMAHA, NE 68103


AMEX                           INTERNAL REVENUE SERVI
PO BOX 981535                  CENTRALIZED INSOLVENCY
EL PASO, TX 79998              P.O. BOX 7346
                               PHILADELPHIA, PA 19101-7346


BARCLAYS BANK DELAWARE         INTERNAL REVENUE SERVI
ATTN: BANKRUPTCY               C/O US ATTORNEY
PO BOX 8801                    501 EAST COURT ST
WILMINGTON, DE 19899           STE 4.430
                               JACKSON, MS 39201


BEST EGG                       JPMCB
ATTN: BANKRUPCTY               MAILCODE LA4-7100
PO BOX 42912                   700 KANSAS LANE
PHILADELPHIA, PA 19101         MONROE, LA 71203


CAPITAL ONE                    ROCKET MORTGAGE
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
PO BOX 3043                    1050 WOODWARD AVENUE
MIWAUKEE, WI 53201             DETROIT, MI 48226


CITIBANK                       SAIJA WHEELER
PO BOX 790040                  124 MORRELL CIR
ST LOUIS, MO 63179             HATTIESBURG, MS 39402


DISCOVER FINANCIAL             SYNCHRONY BANK
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
PO BOX 3025                    PO BOX 965060
NEW ALBANY, OH 43054           ORLANDO, FL 32896
```