# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50786  **Case Name:** Kefentse Gwandoya Wheeler and Felicia Inez Wheeler

**Set:** 08/19/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #19) - RESET TO 9/16/25 PER REQUEST OF PARTIES

Minute Entry Re: (related document(s): [9] Confirmation Hearing) The Objection filed by the Trustee (Dkt. #19) is reset to 9/16/25. Confirmation hearing removed. (mcc)