UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  KEFENTSE GWANDOYA WHEELER
　　　　FELICIA INEZ WHEELER
　　　　DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 25-50786 KMS

**MOTION TO ALLOW SUPPLEMENTAL CLAIM**

COMES NOW, the Trustee, David Rawlings, and files this Motion to Allow the following Supplemental Claim:

ROCKET MORTGAGE, LLC
F/K/A QUICKEN LOANS, LLC
635 WOODWARD AVENUE
DETROIT, MI  48226

Court Claim No. 4

Date of Notice of Post-Petition Mortgage Fees/Expenses:  August 18, 2025

Amount of Post-Petition Mortgage Fees/Expenses:  $300.00

Classification:  Secured

Trustee has reviewed the above Supplemental Claim and recommends that it would be in the best interests of the Debtor to allow said Claim, as a Special Claim, and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan, which should be modified in accord herewith, and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

　　　　　　　　　　　　　　　　　　　　　　　　/s/  David Rawlings
　　　　　　　　　　　　　　　　　　　　　　　　David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011

**CERTIFICATE OF SERVICE**

    I, David Rawlings, do hereby certify that on August 26, 2025, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

| | |
|---|---|
| KEFENTSE GWANDOYA WHEELER<br>124 Morrell Cir<br>Hattiesburg, MS  39402 | FELICIA INEZ WHEELER<br>124 Morrell Cir<br>Hattiesburg, MS |
| THOMAS C. ROLLINS, JR<br>P O Box 13767<br>Jackson, MS  39236 | ROCKET MORTGAGE, LLC<br>F/K/A QUICKEN LOANS, LLC<br>635 WOODWARD AVENUE<br>DETROIT, MI  48226 |

*/s/  David Rawlings*
DAVID RAWLINGS, TRUSTEE