

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 29, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        KEFENTSE GWANDOYA WHEELER and
              FELICIA INEZ WHEELER
              DEBTOR(S)

                                    CHAPTER 13 BANKRUPTCY
                                    CASE NO. 25-50786-KMS

DAVID RAWLINGS, TRUSTEE

### ORDER ON TRUSTEE'S
### <u>OBJECTION TO CONFIRMATION</u>

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to
Confirmation (Docket No. 19), and the Debtor has agreed the amount paid to the unsecured
creditors should be increased.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified to pay at
least $7,183.81 to the timely filed and allowed unsecured creditors.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a
final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule

58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:

/s/ Thomas C. Rollins, Jr.
Attorney for the Debtor(s)

Submitted and Approved By:

/s/ Brian C. Wilson, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS   39403
(601) 582-5011
Miss. Bar No. 9994
bwilson@rawlings13.net