United States Bankruptcy Court

Southern District of Mississippi

In re: | Case No. 25-50786-KMS

Kefentse Gwandoya Wheeler | Chapter 13

Felicia Inez Wheeler

Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: mssbad | Page 1 of 2

Date Rcvd: Aug 29, 2025 | Form ID: pdf012 | Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

**Recip ID          Recipient Name and Address**
db/jdb          +  Kefentse Gwandoya Wheeler, Felicia Inez Wheeler, 124 Morrell Cir, Hattiesburg, MS 39402-8132

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:**

**Name                    Email Address**

David Rawlings

ecfnotices@rawlings13.net  sduncan@rawlings13.net

David Rawlings

on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

Michael J McCormick

on behalf of Creditor ROCKET MORTGAGE  LLC FKA QUICKEN LOANS, LLC Michael.McCormick@mccalla.com, mccallaecf@ecf.courtdrive.com

Thomas Carl Rollins, Jr

on behalf of Debtor Kefentse Gwandoya Wheeler trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

District/off: 0538-6                                  User: mssbad                                      Page 2 of 2
Date Rcvd: Aug 29, 2025                               Form ID: pdf012                                   Total Noticed: 1

on behalf of Joint Debtor Felicia Inez Wheeler trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

_____



**SO ORDERED,**



**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 29, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:　　　KEFENTSE GWANDOYA WHEELER and
　　　　　　FELICIA INEZ WHEELER
　　　　　　DEBTOR(S)

　　　　　　　　　　　　　　　　　　　　　CHAPTER 13 BANKRUPTCY
　　　　　　　　　　　　　　　　　　　　　CASE NO. 25-50786-KMS

DAVID RAWLINGS, TRUSTEE

**ORDER ON TRUSTEE'S**
**OBJECTION TO CONFIRMATION**

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to Confirmation (Docket No. 19), and the Debtor has agreed the amount paid to the unsecured creditors should be increased.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified to pay at least $7,183.81 to the timely filed and allowed unsecured creditors.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule

–1–

58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:

/s/ Thomas C. Rollins, Jr.
Attorney for the Debtor(s)

Submitted and Approved By:

/s/ Brian C. Wilson, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS   39403
(601) 582-5011
Miss. Bar No. 9994
bwilson@rawlings13.net

C:\USERS\BRIAN WILSON\APPDATA\LOCAL\MICROSOFT\OLK\ATTACHMENTS\OOA-1FB7DBB1-1D45-49DA-9AEE-997C3E60DBC2\C837CB5B60C2E552FEA0BEEADC988F14D6BC9BD051816436D111E2EE25873992\BURTON-AGREEDORDER-2500067.DOCX