United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50786-KMS
Kefentse Gwandoya Wheeler Chapter 13
Felicia Inez Wheeler
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Sep 02, 2025     Form ID: n031     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kefentse Gwandoya Wheeler, 124 Morrell Cir, Hattiesburg, MS 39402-8132 |
| jdb | + | Felicia Inez Wheeler, 124 Morrell Cir, Hattiesburg, MS 39402-8132 |
| 5515774 | + | Saija Wheeler, 124 Morrell Cir, Hattiesburg, MS 39402-8132 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5515760 | + | Email/Text: amscbankruptcy@adt.com | Sep 02 2025 20:44:00 | ADT, PO Box 371490, Pittsburgh, PA 15250-7490 |
| 5534684 | | Email/PDF: bncnotices@becket-lee.com | Sep 02 2025 20:48:26 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5515761 | + | Email/PDF: bncnotices@becket-lee.com | Sep 02 2025 20:48:21 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5515762 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 02 2025 20:44:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5515763 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 02 2025 20:48:26 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 5515764 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 02 2025 20:48:25 | Capital One, Attn: Bankruptcy, Po Box 3043, Miwaukee, WI 53201-3043 |
| 5520771 | | Email/Text: mrdiscen@discover.com | Sep 02 2025 20:44:00 | Capital One, N.A., successor by merger to, Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5515765 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2025 20:48:21 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5515767 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2025 20:48:22 | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 5515770 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 02 2025 20:44:00 | Department of Treasury-Internal Revenue Service, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5515766 | + | Email/Text: mrdiscen@discover.com | Sep 02 2025 20:44:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5515769 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 02 2025 20:44:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 5515768 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Sep 02 2025 20:44:00 | Fm/olympic Student Loa, 121 South 13th Street, Lincoln, NE 68508 |
| 5515771 | + | Email/Text: ebone.woods@usdoj.gov | Sep 02 2025 20:44:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5537538 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 02, 2025 | Form ID: n031 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 02 2025 20:44:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5536430 | + | Email/Text: RASEBN@raslg.com | Sep 02 2025 20:44:00 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank, USA, N.A. Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5515772 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 02 2025 20:48:26 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5540942 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2025 20:48:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5539736 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 02 2025 20:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5541472 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 02 2025 20:48:30 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5541637 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2025 20:48:25 | Resurgent Capital Services as servicing agent for, Best Egg, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5515773 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 02 2025 20:44:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5526504 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 02 2025 20:44:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, Bankruptcy Team, 635 Woodward Ave., Detroit MI 48226-3408 |
| 5515775 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 02 2025 20:48:25 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5520705 | + | Email/Text: bankruptcy@bbandt.com | Sep 02 2025 20:44:00 | Truist Bank, Truist Bank, Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 5515776 | + | Email/Text: bankruptcy@bbandt.com | Sep 02 2025 20:44:00 | Truist Financial, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-0129 |
| 5515777 | ^ | MEBN | Sep 02 2025 20:40:30 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5516292 | | Email/PDF: OGCRegionIVBankruptcy@hud.gov | Sep 02 2025 20:48:25 | U.S. Department of Housing and Urban Development, U.S. Department of HUD, 77 Forsyth Street SW, Atlanta, GA 30303 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 02, 2025 | Form ID: n031 | Total Noticed: 31 |
| Date: Sep 04, 2025 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Michael J McCormick | on behalf of Creditor ROCKET MORTGAGE LLC FKA QUICKEN LOANS, LLC Michael.McCormick@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kefentse Gwandoya Wheeler trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Felicia Inez Wheeler trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50786−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Kefentse Gwandoya Wheeler<br>aka Kefentse Wheeler, aka Key Wheeler<br>124 Morrell Cir<br>Hattiesburg, MS 39402 | Felicia Inez Wheeler<br>aka Felicia I Wheeler, aka Felicia Wheeler<br>124 Morrell Cir<br>Hattiesburg, MS 39402 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on September 2, 2025 (Dkt. # 29 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: September 2, 2025      Danny L. Miller, Clerk of Court