| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Kefentse Gwandoya Wheeler |
| Debtor 2 (Spouse, if filing) | Felicia Inez Wheeler |
| United States Bankruptcy Court for the : Southern | District of Mississippi (State) |
| Case number | 25-50786-KMS |

Official Form 410S1

# Notice of Mortgage Payment Change  12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Rocket Mortgage, LLC fka Quicken Loans, LLC

**Court claim no**. (if known): 4

**Last four digits** of any number you use to identify the debtors' account: XXXXXX4520

**Date of payment change:** Must be at least 21 days after date of this notice    3/1/2026

**New total payment:** Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*    $1,991.42

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtors' escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 448.98    **New escrow payment :** $ 812.11

## Part 2: Mortgage Payment Adjustment

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate account?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____ %    **New interest rate:** _____ %
   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtors' home-equity line -of-credit (HELOC) payment for the year going forward??**

   ☒ No
   ☐ Yes.

   **Current HELOC payment:** $ _____

   **Reconciliation amount:** + $ _____
                              - $ _____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

| Debtor 1 | **Kefentse Gwandoya Wheeler** | Case number *(if known)* | 25-50786-KMS |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

|  |  |
|---|---|
| **Amount of next payment (including reconciliation amount)** | $ |
| **Amount of the new payment thereafter (without reconciliation amount** | $ |

### Part 4: Other Payment Change

4. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

### Part 5: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| X | /s/Mukta Suri | Date | 02/03/2026 |
|---|---|---|---|
| | Signature | | |

| Print: | Mukta | | Suri | Title | Authorized Agent for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | McCalla Raymer Leibert Pierce, LLP |
|---|---|
| Address | 1544 Old Alabama Road |
| | Number    Street |
| | Roswell            GA            30076 |
| | City               State          ZIP Code |

| Contact phone | (469) 458-2311 | Email | mukta.suri@mccalla.com |
|---|---|---|---|

| | |
|---|---|
| In Re: | Bankruptcy Case No.:  25-50786-KMS |
| Kefentse Gwandoya Wheeler | Chapter:  13 |
| Felicia Inez Wheeler | Judge:  Katharine M. Samson |

## CERTIFICATE OF SERVICE

I, Mukta Suri, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Kefentse Gwandoya Wheeler
124 Morrell Cir
Hattiesburg, MS 39402

Felicia Inez Wheeler
124 Morrell Cir
Hattiesburg, MS 39402

Thomas Carl Rollins, Jr.                      *(Served via ECF at trollins@therollinsfirm.com)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

David Rawlings, Trustee                    *(Served via ECF at ecfnotices@rawlings13.net)*
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

U.S. Trustee                                          *(Served via ECF at USTPRegion05.JA.ECF@usdoj.gov)*
United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  02/05/2026      By:     */s/Mukta Suri*
                    (date)                          Mukta Suri
                                                         Authorized Agent for Creditor



# Annual Escrow Account Disclosure Statement

1050 Woodward Avenue | Detroit, MI 48226

KEFENTSE G WHEELER
124 MORRELL CIR
HATTIESBURG MS 39402-8132

**Loan Information**
**Loan Number:**
**Property Address:** 124 Morrell Cir
Hattiesburg, MS 39402
**Statement Date:** 01/21/2026
**New Payment Effective Date:** 03/01/2026

## 1. Your Escrow Account Has A Shortage And Deficiency

To take a closer look at your numbers, sign in to Rocket Mortgage® and click on the Loan Information tab.

Due to an increase in your taxes and/or insurance, your escrow account is short $1,292.46. Your escrow account has a negative balance at this time.

**Projected Escrow Account Balance**

| | |
|---|---|
| Projected Minimum Balance: | – $1,801.82 |
| Required Minimum Balance: | $1,073.56 |
| **Shortage Amount:** | **$1,292.46** |

Note: This amount has been adjusted to account for the bankruptcy proof of claim.

## 2. Your Payment Is Changing

Your escrow payment is increasing. You have a shortage of $1,292.46 that is being spread over 12 months.

**Breaking Down The Numbers**

| | Current | New |
|---|---|---|
| Principal & Interest: | $1,179.31 | $1,179.31 |
| Escrow Payment: | $448.98 | $704.40 |
| Shortage: | | $107.71 |
| **Monthly Payment:** | **$1,628.29** | **$1,991.42** |

Please note that the current payment amount listed above is the payment amount that the loan is due for under the terms of the security instrument. This may differ from the payment amount under the terms of the bankruptcy plan.



Mortgage Payment Breakdown

## Quick And Easy Payment Options

RocketMortgage.com    Rocket Mortgage® mobile app    24/7 access at (800) 508-0944

THIS SPACE INTENTIONALLY LEFT BLANK

Page 1



# Annual Escrow Account Disclosure Statement

1050 Woodward Avenue | Detroit, MI 48226

## 3. A Closer Look At Your Escrow Account History

### Escrow Account Disbursement From June 2025 To February 2026

| | | | | | |
|---|---|---|---|---|---|
| Estimated Tax: | $3,323.81 | Estimated Insurance: | $1,548.00 | Estimated Total: | $4,871.81 |
| Actual Tax: | $3,431.36 | Actual Insurance: | $1,693.72 | Actual Total: | $5,125.08 |

This section highlights the differences between the estimated and actual payment amounts for the taxes and insurance and shows the reason for the current shortage.

The actual amounts paid out for taxes and insurance over the past year, as shown here, are used as the basis for our projections for the upcoming 12 months.

The table below details the activity history for your escrow account from last year. The differences in your tax and insurance payment amounts are  highlighted in yellow.  Please keep in mind that the history will reflect the month in which the payment or disbursement was made. This may be different than the payment or disbursement due date.

### Escrow Account Activity History For June 2025 To February 2026

| | | Payments | | Disbursements | | Balance | |
|---|---|---|---|---|---|---|---|
| Date | Activity | Estimated | Actual | Estimated | Actual | Estimated | Actual |
| 06/2025 | Beginning Balance | | | | | $1,938.92 | - $300.10 [D] |
| 06/2025 | Deposit | $448.98 | $664.59 | $0.00 | $0.00 | $2,387.90 | $364.49 |
| 06/2025 | Withdrawal - ESCROW PAID | $0.00 | $0.00 | $0.00 | $664.59 | $2,387.90 | - $300.10 [D] |
| 06/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $172.00 | $172.00 | $2,215.90 | - $472.10 [D] |
| 07/2025 | Deposit | $448.98 | $0.00 | $0.00 | $0.00 | $2,664.88 | - $472.10 [D] |
| 07/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $172.00 | $172.00 | $2,492.88 | - $644.10 [D] |
| 08/2025 | Deposit | $448.98 | $0.00 | $0.00 | $0.00 | $2,941.86 | - $644.10 [D] |
| 08/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $172.00 | $172.00 | $2,769.86 | - $816.10 [D] |
| 09/2025 | Deposit | $448.98 | $0.00 | $0.00 | $0.00 | $3,218.84 | - $816.10 [D] |
| 09/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $172.00 | $172.00 | $3,046.84 | - $988.10 [D] |
| 10/2025 | Deposit | $448.98 | $1,554.06 | $0.00 | $0.00 | $3,495.82 | $565.96 |
| 10/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $172.00 | $167.62 | $3,323.82 | $398.34 |
| 11/2025 | Deposit | $448.98 | $897.96 | $0.00 | $0.00 | $3,772.80 | $1,296.30 |
| 11/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $172.00 | $167.62 | $3,600.80 | $1,128.68 |
| 12/2025 | Deposit | $448.98 | $448.98 | $0.00 | $0.00 | $4,049.78 | $1,577.66 |
| 12/2025 | Withdrawal - COUNTY TAXES | $0.00 | $0.00 | $3,323.81 | $3,431.36 | $725.97 | - $1,853.70 [D] |
| 12/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $172.00 | $167.62 | $553.97 | - $2,021.32 [D] |
| 01/2026 | Deposit | $448.98 | $1,346.94 | $0.00 | $0.00 | $1,002.95 | - $674.38 [D**] |
| 01/2026 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $172.00 | $167.62 | $830.95 | - $842.00 [D] |
| 01/2026 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $0.00 | $167.62 | $830.95 | - $1,009.62 [D] |
| 02/2026 | Deposit | $448.98 | $448.98 | $0.00 | $0.00 | $1,279.93 | - $560.64 [D**] |
| 02/2026 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $172.00 | $167.62 | $1,107.93 | - $728.26 [D**] |
| | Totals | $4,040.82 | $5,361.51 | $4,871.81 | $5,789.67 | | |

[**] This amount is a projection as of the date of this analysis. It has not been received or remitted at this time.
[D] Your account had or is projected to have a deficiency. This is a negative balance in your account.

continued →



# Annual Escrow Account Disclosure Statement

1050 Woodward Avenue | Detroit, MI 48226

## 4. A Closer Look At Projections For Your Escrow Account

### Escrow Account Projection

| Description | Annual Amount |
|---|---|
| MORTGAGE INS: | $2,011.44 |
| HOMEOWNERS INS: | $3,010.00 |
| COUNTY TAXES: | $3,431.36 |
| **Total Annual Taxes And Insurance:** | **$8,452.80** |
| **New Monthly Escrow Payment:** | **$704.40** |

The table below details the projected activity for your escrow account. The minimum required balance, highlighted in yellow, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your account's selected minimum allowed balance or cushion is $1,073.56. Your minimum required balance may include up to two months of escrow payments to cover increases in your taxes and insurance.

The actual amounts paid out for taxes and insurance, as shown in the Escrow Account Activity History Table, are used as the basis for our projections for the upcoming year.

### Future Escrow Account Activity For March 2026 To February 2027

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Balance Required |
|---|---|---|---|---|---|
| 03/2026 | Beginning Balance | | | - $728.26 | $2,147.12 |
| 03/2026 | Deposit | $704.40 | $0.00 | - $23.86 | $2,851.52 |
| 03/2026 | Withdrawal - MORTGAGE INS | $0.00 | $167.62 | - $191.48 | $2,683.90 |
| 04/2026 | Deposit | $704.40 | $0.00 | $512.92 | $3,388.30 |
| 04/2026 | Withdrawal - MORTGAGE INS | $0.00 | $167.62 | $345.30 | $3,220.68 |
| 05/2026 | Deposit | $704.40 | $0.00 | $1,049.70 | $3,925.08 |
| 05/2026 | Withdrawal - MORTGAGE INS | $0.00 | $167.62 | $882.08 | $3,757.46 |
| 06/2026 | Deposit | $704.40 | $0.00 | $1,586.48 | $4,461.86 |
| 06/2026 | Withdrawal - MORTGAGE INS | $0.00 | $167.62 | $1,418.86 | $4,294.24 |
| 06/2026 | Withdrawal - HOMEOWNERS INS | $0.00 | $3,010.00 | - $1,591.14 | $1,284.24 |
| 07/2026 | Deposit | $704.40 | $0.00 | - $886.74 | $1,988.64 |
| 07/2026 | Withdrawal - MORTGAGE INS | $0.00 | $167.62 | - $1,054.36 | $1,821.02 |
| 08/2026 | Deposit | $704.40 | $0.00 | - $349.96 | $2,525.42 |
| 08/2026 | Withdrawal - MORTGAGE INS | $0.00 | $167.62 | - $517.58 | $2,357.80 |
| 09/2026 | Deposit | $704.40 | $0.00 | $186.82 | $3,062.20 |
| 09/2026 | Withdrawal - MORTGAGE INS | $0.00 | $167.62 | $19.20 | $2,894.58 |
| 10/2026 | Deposit | $704.40 | $0.00 | $723.60 | $3,598.98 |
| 10/2026 | Withdrawal - MORTGAGE INS | $0.00 | $167.62 | $555.98 | $3,431.36 |
| 11/2026 | Deposit | $704.40 | $0.00 | $1,260.38 | $4,135.76 |
| 11/2026 | Withdrawal - MORTGAGE INS | $0.00 | $167.62 | $1,092.76 | $3,968.14 |
| 12/2026 | Deposit | $704.40 | $0.00 | $1,797.16 | $4,672.54 |
| 12/2026 | Withdrawal - MORTGAGE INS | $0.00 | $167.62 | $1,629.54 | $4,504.92 |
| 12/2026 | Withdrawal - COUNTY TAXES | $0.00 | $3,431.36 | - $1,801.82 | $1,073.56[L] |
| 01/2027 | Deposit | $704.40 | $0.00 | - $1,097.42 | $1,777.96 |

Note: Your remaining Future Escrow Account Activity is on the next page.

continued →



**Annual Escrow Account Disclosure Statement**

1050 Woodward Avenue | Detroit, MI 48226

### Future Escrow Account Activity For March 2026 To February 2027 Continued

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Required |
|---|---|---|---|---|---|
| 01/2027 | Withdrawal – MORTGAGE INS | $0.00 | $167.62 | – $1,265.04 | $1,610.34 |
| 02/2027 | Deposit | $704.40 | $0.00 | – $560.64 | $2,314.74 |
| 02/2027 | Withdrawal – MORTGAGE INS | $0.00 | $167.62 | – $728.26 | $2,147.12 |
|  | **Totals** | **$8,452.80** | **$8,452.80** |  |  |

$^L$This amount denotes the projected low point balance.

THIS SPACE INTENTIONALLY LEFT BLANK

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET
Preguntas: (800) 982-2544

Page 4

QL026